IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST D. MEDINA, | 1:12-cv-01047-SKO (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |
| vs. | |
| KERN COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 21, 2012. Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within **forty-five (45) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **June 29, 2012**                                  /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE

-1-