# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DANIEL MEDINA, | CASE NO. 1:12-cv-01047-SKO PC |
| Plaintiff, | ORDER DENYING MOTION TO AMEND AS UNNECESSARY |
| v. | (Docs. 7 and 8) |
| KERN COUNTY SHERIFF'S DEPT., | |
| Defendant. | |

_____/

Plaintiff Ernest Daniel Medina, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 21, 2012.  On July 9, 2012, Plaintiff filed a motion seeking leave to amend.

Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings.  Fed. R. Civ. P. 15(a)(1).  Because Plaintiff does not need leave of court to file an amended complaint, his motion is HEREBY DENIED as unnecessary.


IT IS SO ORDERED.

**Dated:    July 10, 2012**              **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE

1