# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DANIEL MEDINA, | CASE NO. 1:12-cv-01047-SKO PC |
| Plaintiff, | ORDER DENYING SECOND MOTION TO AMEND AS UNNECESSARY AND STRIKING THIRD MOTION |
| v. | |
| KERN COUNTY SHERIFF'S DEPT., | (Docs. 12 and 14) |
| Defendant. | |

Plaintiff Ernest Daniel Medina, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 21, 2012. On July 13, 2012, Plaintiff filed a second motion seeking leave to amend, and on July 16, 2012, Plaintiff filed a third motion.

As Plaintiff was notified in the order filed on July 10, 2012, he has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). Because Plaintiff does not need leave of court to file an amended complaint, his second motion is HEREBY DENIED as unnecessary. Plaintiff's third motion is STRICKEN from the record and Plaintiff is admonished that it is inappropriate to file duplicative motions.

IT IS SO ORDERED.

**Dated:   July 26, 2012**            /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE

1