IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DANIEL MEDINA, | 1:12-cv-01047-SKO (PC) |
| Plaintiff, | ORDER DENYING SECOND MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| KERN COUNTY SHERIFF'S DEPARTMENT, | ( Motion #15) |
| Defendant. | |

On July 19, 2012, Plaintiff filed a second motion seeking leave to proceed in forma pauperis. In as much as the Court previously granted Plaintiff leave to proceed in forma pauperis, Plaintiff's second motion is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   July 31, 2012**          /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE