# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DANIEL MEDINA,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY SHERIFF'S DEPT., et al.,<br><br>  Defendants. | CASE NO. 1:12-cv-01047-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AND DENYING ALL PENDING MOTIONS AS MOOT<br><br>(Doc. 22) |

On October 4, 2012, Plaintiff Ernest Daniel Medina filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on October 4, 2012, and all pending motions are DENIED as moot.

IT IS SO ORDERED.

**Dated:    October 9, 2012**                 /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

1